# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY CORREA, an individual,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>MERRICK GARLAND[1], in his capacity as Attorney General, United States Department of Justice, and Does 1 through 20, inclusive<br><br>　　　　　　　　　Defendants. | Case No.: 8:20-cv-0806-CBM-(ADSx)<br><br>**JUDGMENT  [JS-6]** |

　　　Consistent with the Notice of Acceptance of Offer of Judgment (Dkt. No. 30), judgment is entered in favor of Plaintiff Anthony Correa, and against Defendant Merrick Garland, in his capacity as Attorney General, United States Department of Justice, in the amount of $50,000.

Dated: October 27, 2021.

　　　CC:FISCAL

By: _____
　　Honorable Consuelo B. Marshall
　　United States District Judge

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Attorney General Merrick Garland is substituted for William P. Barr.

JUDGMENT